Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA FERNANDEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00139-JAM-KJN<br><br>**STIPULATION TO REMAND REMOVED ACTION**<br><br><br><br>Complaint filed: November 9, 2018<br><br>Assigned to: Judge John A. Mendez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff MARISSA FERNANDEZ and Defendant COSTCO WHOLESALE CORPORATION stipulate as follows:.

## I. RECITALS

1. Whereas, Plaintiff filed a Complaint on November 9, 2018 in Stanislaus County Superior Court.

2. Whereas, Defendant filed an Answer on December 10, 2018 in Stanislaus County Superior Court.

3. Whereas, Defendant removed Plaintiff's state court action to the United States District Court, Eastern District on or about January 22, 2019 pursuant to 28 U.S.C. sections 1332(a), 1441(b) and 1446(b)(3) in that Plaintiff's complaint met the requirements for diversity jurisdiction.

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

4. Whereas Plaintiff's damages at the time of removal in her Statement of Damages exceeded $75,000.00.

5. Whereas Plaintiff confirms her damages, in any form, <u>shall not and will not</u>, under any circumstance, exceed $75,000.00.

## II. STIPULATIONS

1. The parties stipulate that because Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

2. The parties further stipulate, pursuant to 28 U.S.C. §1447(c), to the remand of Plaintiff's civil action to the Stanislaus County Superior Court.

DATED: February 12, 2019  **MATHENY SEARS LINKERT & JAIME LLP**

BY:/s/_____
MATTHEW C. JAIME, ESQ. (SBN 140340)
Attorney for Defendant, COSTCO WHOLESALE CORPORATION

DATED: February 12, 2019  BY: MICHAEL J. SILVA

/s/_____
Signature

2

*STIPULATION REGARDING PLAINTIFF'S STATEMENT OF DAMAGES*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

# **ORDER**

**GOOD CAUSE APPEARING**, the Court orders as follows:

1. The Parties' Stipulation to Remand Removed Action is approved.

2. Eastern District of California case number 2:19-cv-00139-JAM-KJN, FERNANDEZ v. COSTCO, is remanded to Stanislaus County Superior Court.

**IT IS SO ORDERED**.

Dated: 2/13/2019                                       /s/ John A. Mendez____
                                                              Judge John A. Mendez